■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR LEBRON, Appellant.—Judgment, Supreme Court, Bronx County, rendered on March 23, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Fein, J. P., Sullivan, Lane, Lupiano and Lynch, JJ.

■ NFS SERVICES, INC., et al., Respondents, v FEDERAL INSURANCE COMPANY, Appellant, et al., Defendant.—Order, Supreme Court, New York County, entered on April 26, 1979, unanimously affirmed on the opinion of Kassal, J., at Special Term. Respondents shall recover of appellant $75 costs and disbursements of this appeal. Concur—Kupferman, J. P., Birns, Markewich, Ross and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMON VALOIS, Appellant.—On the court's own motion, the order of this court entered on September 25, 1979 unanimously affirming the judgment of the Supreme Court, New York County, rendered on March 2, 1978, is vacated, and the appeal is restored to the December 1979 Term Calendar of this court. No opinion. Concur—Birns, J. P., Fein, Sullivan, Markewich, and Lupiano, JJ.

## (October 4, 1979)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD JONES, Appellant.—Judgment, Supreme Court, New York County, rendered on June 24, 1977, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Birns, Markewich, Ross and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARCHIE WILLIAM HOWARD, Appellant.—Judgment, Supreme Court, Bronx County, rendered on January 2, 1979, unanimously affirmed, without prejudice to a renewed application to reduce sentence before the sentencing court. (See Penal Law, § 60.09, eff Sept. 1, 1979.) No opinion. Concur—Fein, J. P., Sullivan, Lane, Lupiano and Lynch, JJ.